

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Elizabeth J. Sibley, as independent
administrator of the Estate of Jane
Dunn Sibley, et al.,

* From the 385th District Court
  of Midland County,
   Trial Court No. CV57310.

Vs. No. 11-21-00133-CV

* July 20, 2023

Robert Bechtel; W. Burgess Wade;
Sara Bullock McIntosh, as independent
Co-Executor of the Estate of Maurice
Bullock; and Dan Bullock, as independent
Co-Executor of the Estate of Maurice Bullock,

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Elizabeth J. Sibley, as independent administrator of the Estate of Jane Dunn Sibley, Hiram Sibley, Sarah Sibley, Elsie Sibley Chandler, Kiowa Sibley-Cutforth, and Shiloh Sibley-Cutforth.